*This case was not selected for publication in the Federal Reporter*

*UNPUBLISHED*

**Georgia A. GREEN, Plaintiff—Appellant,**

v.

**Christopher MAROULES; Christopher Cafe; Chris Jenkins, Sheriff; Henry Clayton Keel, Sheriff; Allen Seymour, Sheriff; W.E. Billy Smith, Sheriff, Defendants—Appellees.**

No. 09–1051.

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2009.

Decided: July 27, 2009.

Georgia A. Green, Appellant Pro Se. Dal Floyd Wooten, III, Kinston, North Carolina; Kari Russwurm Johnson, Cranfill, Sumner & Hartzog, LLP, Raleigh, North Carolina, for Appellees.

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Georgia A. Green appeals from the district court's orders denying relief on her 42 U.S.C. § 1983 (2006) complaint and denying her motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. Maroules,* No. 4:04–cv–00111–H (E.D.N.C. June 4, 2007; Sept. 2, 2008, Oct. 31, 2008, Nov. 5, 2008, Dec. 1, 2008 & Jan. 5, 2009). We deny Green's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*